```
1  Kathleen C. Jeffries (State Bar #110362)
   SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2  2 North Lake Avenue, Suite 460
   Pasadena, California 91101
3  Telephone: (626) 795-4700
   Facsimile:  (626) 795-4790
4  kjeffries@scopelitis.com

5  Attorneys for Plaintiff
   SYSCO CINCINNATI, LLC
6
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SYSCO CINCINNATI, LLC, a Delaware limited liability company, | Case No. 1:13-cv-00233-LJO-SKO |
| Plaintiff, | DEFAULT JUDGMENT BY CLERK |
| v. | (F.R.C.P. Rule 55[b][1]) |
| SMARTWAY EXPRESS, INC., an Arizona corporation; SMARTWAY LOGISTICS, INC., formerly a California corporation; ROYAL EXPRESS, INC., a California corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Defendants Smartway Express, Inc., an Arizona corporation; Smartway Logistics, Inc., formerly a California corporation; and Royal Express, Inc., a California corporation, having been served with summons and a copy of the complaint, having failed to answer the complaint of plaintiff Sysco Cincinnati, LLC within the time allowed by law and the default of said defendants having been entered on April 17, 2013, plaintiff Sysco Cincinnati, LLC applies to the Clerk of the Court for judgment pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure.

1

1  The Declaration of Kathleen C. Jeffries has been received in
2  evidence.
3  The Clerk of the Court, after having considered the evidence,
4  orders the following judgment:
5  On the complaint, plaintiff shall recover from defendants
6  Smartway Express, Inc., an Arizona corporation; Smartway Logistics, Inc.,
7  formerly a California corporation; and Royal Express, Inc., a California
8  corporation, jointly and severally, the sum of $44,737.37, with damages in the
9  principal sum of $44,031.66, $102.49 in prejudgment interest and costs as
10 provided by law in the sum of $603.22.

12 Dated: __JUN 1 2 2013__

Clerk, United States District Court
**Marianne Matherly, Clerk**

28  2

DEFAULT JUDGMENT BY CLERK