# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

SYSCO CINCINNATI, LLC, a Delaware
limited liability company,

        Plaintiff,

    v.

SMARTWAY EXPRESS, INC., an Arizona
corporation; SMARTWAY LOGISTICS,
INC., formerly a California corporation;
ROYAL EXPRESS, INC., a California
corporation; and DOES 1 through 10,
inclusive

        Defendants.

_____/

Case No.  1:13-cv-00233-LJO-SKO

**ORDER GRANTING REQUEST FOR
APPOINTMENT OF PRIVATE PROCESS
SERVER**

On June 27, 2013, Plaintiff filed a request for the appointment of a private process server to serve the writ of execution in this action.  The request, however, does not seek to appoint a private process server to levy.

Under the Federal Rules of Civil Procedure, Rule 4.1(a) provides that, any process, other than a summons under Rule 4 or a subpoena under Rule 45, must be served by a United States marshal or deputy marshal or by a person specially appointed for that purpose.  Fed. R. Civ. P. 4.1(a).

1       Plaintiff requests that DDS Attorney Service be appointed to serve the writ in this action,

2   but requests that the United States Marshal Service remaining as the Levying Officer.

3       Accordingly, IT IS HEREBY ORDERED that Sysco Cincinnati, LLC's request for an

4   order, authorizing and appointing DDS Attorney Service to serve the writ in this action within the

5   Central District of California, and with the United States Marshal Service in that District

6   remaining as the Levying Officer, is GRANTED.

7

8

9

10  IT IS SO ORDERED.

11      Dated:   __**July 15, 2013**__                    _____**/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28