# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYSCO CINCINNATI, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SMARTWAY EXPRESS, INC., an Arizona corporation; SMARTWAY LOGISTICS, INC., formerly a California corporation; ROYAL EXPRESS, INC., a California corporation; and DOES 1 through 10, inclusive<br><br>Defendants.<br>_____/ | Case No. 1:13-cv-00233-LJO-SKO<br><br>**ORDER GRANTING REQUEST FOR APPOINTMENT OF PRIVATE PROCESS SERVER** |

On June 27, 2013, Plaintiff filed a request for the appointment of a private process server to serve the writ of execution in this action. The request, however, does not seek to appoint a private process server to levy.

Under the Federal Rules of Civil Procedure, Rule 4.1(a) provides that, any process, other than a summons under Rule 4 or a subpoena under Rule 45, must be served by a United States marshal or deputy marshal or by a person specially appointed for that purpose. Fed. R. Civ. P. 4.1(a).

Plaintiff requests that DDS Attorney Service be appointed to serve the writ in this action, but requests that the United States Marshal Service remaining as the Levying Officer.

Accordingly, IT IS HEREBY ORDERED that Sysco Cincinnati, LLC's request for an order, authorizing and appointing DDS Attorney Service to serve the writ in this action within the Central District of California, and with the United States Marshal Service in that District remaining as the Levying Officer, is GRANTED.

IT IS SO ORDERED.

Dated:   **July 15, 2013**                              **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE

2